THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY SANDERS, Appellant. [869 NYS2d 846]

Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.